NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERNARDINO TORIJANO-RUIZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | Civil Action No.: 09-3288 (JLL) <br><br> O R D E R |

**LINARES, District Judge.**

This matter comes before the Court on the petition for habeas corpus under 28 U.S.C. § 2255 by Petitioner Bernardino Torijano-Ruiz ("Petitioner" or "Torijano-Ruiz"). No oral argument was held. Fed. R. Civ. P. 78. For the reasons set forth in the accompanying Opinion,

IT IS on this ___ day of June, 2010,

**ORDERED** that the petition is DENIED; and it is further

**ORDERED** that as the petition raises no substantial constitutional issues from which a reasonable jurist could conclude that this Court's disposition of the petition was incorrect, and that no certificate of appealability shall issue; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

_____
Jose L. Linares
United States District Judge

1